In the Matter of the Arbitration between GRAPHIC ARTS MUTUAL INSURANCE Co., Appellant, and SUSAN I. MUMMEY, Respondent. [— NYS2d —] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Buckley, J. (Appeal from Order of Supreme Court, Oneida County, Buckley, J.—Arbitration.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Boehm, JJ.